# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America

vs.

Jose Roberto Mendez-Banegas

CRIMINAL COMPLAINT
CASE: 18-20001MP
Citizenship: HONDURAS

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: On or about December 29, 2017, at or near Sasabe, Arizona, in the District of Arizona, Jose Roberto MENDEZ-Banegas, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

On or about December 31, 2017, agents found Jose Roberto MENDEZ-Banegas in the United States of America at or near Sasabe, Arizona without the proper immigration documents. Furthermore, Jose Roberto MENDEZ-Banegas admitted to illegally entering the United States of America from Mexico on or about December 29, 2017, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 01/02/2018

at Tucson, Arizona

Trevor McDonald, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 01/02/2018

**Bernardo P. Velasco**
**United States Magistrate Judge**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**

United States of America CASE: 18-20001MP

vs.

Jose Roberto Mendez-Banegas

## JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Jose Roberto Mendez-Banegas, was represented by counsel, David Aguilar (CJA).

The defendant pled guilty to the Complaint on 01/02/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 12/29/2017 |

As pronounced on 01/02/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The defendant is advised of defendant's right to appeal by filing a notice of appeal in writing within 14 days of entry of judgment.

Signed on Tuesday, January 02, 2018.

Bernardo P. Velasco
United States Magistrate Judge

Arresting Agency: TCA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - TUCSON**

**MAGISTRATE JUDGE'S MINUTES**

Date: 01/02/2018 Case Number: 18-20001MP

USA vs. **Jose Roberto Mendez-Banegas**
U.S. MAGISTRATE JUDGE: BERNARDO P. VELASCO Judge AO Code: 70BJ
ASSIGNED U.S. Attorney: Zachary Wiest
INTERPRETER REQ'D: Lucinda Bush, Spanish
Attorney for Defendant: David Aguilar (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY (restraint level 0)

[X] Defendant states true name to be **Same**
[X] Petty Offense [X] Date of Arrest: **12/31/2017**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER: David Aguilar (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart COP: 1
BY: Sara Jones Sent: 0
Deputy Clerk IA: 0
Start: 1:31 pm Stop: 2:25 pm